SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>     vs.<br><br>Charles Gilbert, et al<br><br>        Defendants | Case No. **2:11-cv-02607-MCE-GGH**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF THAO THI CHAU; THOAI DINH QUACH**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendants Thao Thi Chau; Thoai Dinh Quach are hereby dismissed Without Prejudice. This case is to remain open with remaining Defendants.

Dated:   October 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02607-MCE-GGH - 1