SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

      Plaintiff;

   vs.

Charles Gilbert, et al

      Defendants

) Case No. **2:11-cv-02607-MCE-GGH**
)
) **ORDER RE: STIPULATION FOR**
) **DISMISSAL**
)
)
)
)
)
)
)
)
)

IT IS SO ORDERED that the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).  The Clerk of the Court is directed to close the file.

Dated:  October 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-02607-MCE-GGH- 1